# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

J. BENJAMIN ZAPATA AND
AMANDA ZAPATA

NO.  2019 CW 1427

VERSUS

STEPHEN WAYNE SEAL,
DIVERSIFIED WELL LOGGING,
INC. AND NAVIGATORS
INSURANCE COMPANY

**FEB 1 0 2020**

---

In Re:    Stephen Wayne Seal, Diversified Well Logging, Inc. and
          Navigators Insurance Company, applying for supervisory
          writs,  21st  Judicial  District  Court,  Parish  of
          Tangipahoa, No. 2015-0000461.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

    **WRIT NOT CONSIDERED.**  Relators failed to include a copy of
the judgment and hearing minutes in violation of the Uniform
Rules of Louisiana Courts of Appeal, Rules 4-5(C)(6) and (10).

    Supplementation  of  this  writ  application  and/or  an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 4-9 and 2-18.7.

    If  relators  seek  to  file  a  new  application  with  this
court,  it  must  contain  all  pertinent  documentation  and  must
comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-
12.2.  Any new application must be filed on or before March 7,
2020, and must contain a copy of this ruling.

                 **PMc**
                 **JEW**
                 **GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
  DEPUTY CLERK OF COURT
     FOR THE COURT